FILED
U.S. DISTRICT COURT
SAVANNAH
2013 MAR -6 PM
CLERK A. Moore
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHNATHAN HEART BROWN,

    Plaintiff,

v.

Lt. R. L. JACKSON; Sgt. SHUEMAKE,
CO Sgt. HUTCHENSON; CO Lt. FORD;
and BRUCE CHATMAN, Warden,

    Defendants.

CIVIL ACTION NO.: CV612-099

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Bruce Chatham and R. L. Jackson are **DISMISSED**, without prejudice. Chatman and Jackson are dismissed as named defendants.

SO ORDERED, this 6th day of March, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)