IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JOHNATHAN HEART BROWN,

    Plaintiff,

v.

RONNIE SHUEMAKE; JOSEPH
HUTCHESON; and REGINALD FORD,

    Defendants.

CIVIL ACTION NO.: CV612-099



## ORDER

Plaintiff, an inmate currently incarcerated at Macon State Prison in Oglethorpe, Georgia, has moved this Court to issue a Preliminary Injunction in his civil complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff filed this action contesting certain conditions of his confinement while he was incarcerated at Georgia State Prison in Reidsville, Georgia. Plaintiff is requesting that the Court issue an order directing the officials at Macon State Prison to deliver to him the Federal Rules of Civil Procedure. Defendants have filed a response. Officials at Macon State Prison are not parties to this case and therefore, the Court lacks the authority to grant Plaintiff the relief he seeks. If Plaintiff believes his constitutionally protected rights have been violated while housed at Macon State Prison, he may file a complaint after exhausting his administrative remedies. Plaintiff's Motion for issuance of a Preliminary Injunction is hereby **DENIED**.

SO ORDERED, this _16_ day of _Sept_, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)