AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JONATHAN HEART BROWN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV612-099

RONNIE SHEUMAKE; JOSEPH HUTCHESON; and REGINALD FORD,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the order of this Court entered on August 26, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Defendants' motion for summary judgment is GRANTED, the Plaintiff's complaint is DISMISSED, Judgment is hereby ENTERED in favor of the Defendants, and this civil action stands CLOSED.

August 26, 2015
Date

Scott L. Poff
Clerk

*(signature)*
(By) Deputy Clerk

GAS Rev 10/1/03